| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: <br> __Southern__  District of __New York__ <br> (State) <br> Case number (*If known*): _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Operadora del Golfo de México, S.A. de C.V.

2. **All other names debtor used in the last 8 years**  OGM

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  GPO920120440

4. **Debtor's address**

   **Principal place of business**
   Prolongación Paseo de la Reforma 1015, Torre A, Piso 9
   Number      Street

   Col. Santa Fe Cuajimalpa, Alcaldía Cuajimalpa

   Mexico City          Mexico
   City              State    ZIP Code

   _____
   County

   **Mailing address, if different from principal place of business**

   _____
   Number      Street

   _____
   P.O. Box

   _____
   City      State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number      Street

   _____
   City      State    ZIP Code

5. **Debtor's website** (URL)  _____

Debtor __Operadora del Golfo de México, S.A. de C.V.__  Case number *(if known)* _____
       Name

6. **Type of debtor**
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ❏ Partnership (excluding LLP)
   - ❏ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ❏ Railroad (as defined in 11 U.S.C. § 101(44))
   - ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply:*
   - ❏ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   _7_ _2_ _1_ _1_

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ❏ Chapter 7
   - ❏ Chapter 9
   - ■ Chapter 11. *Check **all** that apply*:
     - ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ❏ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ■ A plan is being filed with this petition.
     - ■ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ❏ Chapter 12

Debtor  Operadora del Golfo de México, S.A. de C.V.                    Case number *(if known)*_____
        Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   ■ No
   ☐ Yes.  District _____  When _____  Case number _____
                                         MM / DD / YYYY

   If more than 2 cases, attach a separate list.
            District _____  When _____  Case number _____
                                         MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ☐ No
    ■ Yes.  Debtor  Grupo Posadas S.A.B. de C.V         Relationship  Affiliate
            District  Southern District of New York     When  10 / 26 / 2021
                                                              MM / DD / YYYY
            Case number, if known  _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?**_____
                                Number    Street
                                _____
                                _____  _____  _____
                                City                             State  ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name      _____
           Phone             _____

---

**Statistical and administrative information**

Debtor  __Operadora del Golfo de México, S.A. de C.V.__     Case number (if known)_____
        Name

| 13. **Debtor's estimation of available funds** | Check one:<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
|---|---|---|---|
| 14. **Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>☑ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☑ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10 / 26 / 2021
             MM  / DD / YYYY

X _/s/ Azcárraga_____            Jose Carlos Azcárraga Andrade
Signature of authorized representative of debtor    Printed name

Title  CEO

Debtor  Operadora del Golfo de México, S.A. de C.V.  Case number (if known)_____
        Name

18. **Signature of attorney**   ✗   /s/ Jane VanLare         Date  10 / 26 / 2021
                                    Signature of attorney for debtor        MM / DD / YYYY

Jane VanLare
Printed name
Cleary Gottlieb Steen & Hamilton LLP
Firm name
One          Liberty Plaza
Number       Street
New York                                    NY          10006
City                                        State       ZIP Code

212-225-2872                                jvanlare@cgsh.com
Contact phone                               Email address

4610655                                     New York
Bar number                                  State

# SCHEDULE 1

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "Debtors"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York. The Debtors have moved for joint administration of these cases for procedural purposes only under the case number assigned to the chapter 11 case of Grupo Posadas S.A.B. de C.V.

1. Grupo Posadas S.A.B. de C.V.

2. Operadora del Golfo de Mexico, S.A. de C.V.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Operadora del Golfo de Mexico, S.A. de C.V., *et al*.,<br><br>                             Debtors. | Chapter 11<br><br>Case No.:  21-[ ]<br><br>Joint Administration Pending |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the Debtor's equity interests:

| Shareholder | Approximate Percentage of Equity Interests Held |
|---|---|
| Grupo Posadas S.A.B. de C.V. | 100.00% |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Grupo Posadas S.A.B. de C.V., *et al.*,[1] | Case No.: 21-[ ] |
| Debtors. | Joint Administration Pending |

**CONSOLIDATED LIST OF CREDITORS**
**HOLDING FIVE LARGEST SECURED CLAIMS**

The following is a list of those creditors holding the five largest secured claims against the Debtors, on a consolidated basis, excluding claims of insiders as defined in 11 U.S.C. § 101(31), as of October 26, 2021. This list has been prepared from the books and records of the Debtors for filing in the Debtors' chapter 11 cases.

The information set forth herein shall not constitute an admission of liability by, nor is binding on, the Debtors, nor shall it bind the Debtors or their estates as to the amount, nature and status of any claim. Any amounts listed herein are estimated, on a preliminary basis, and subject to verification. The Debtors reserve any and all rights to assert that any debt or claim included herein is a disputed claim or debt, and to challenge the priority, nature, amount or status of any such claim or debt. The descriptions of the collateral securing the underlying obligations are intended only as brief summaries. In the event of any inconsistencies between the summaries set forth below and the respective corporate and legal documents relating to such obligations, the descriptions in the corporate and legal documents shall control.

---

[1] The Debtors, together with each of the Debtor's tax identification number, as applicable, are: Grupo Posadas S.A.B. de C.V. (GPO920120440), and Operadora del Golfo de Mexico, S.A. de C.V. (OGM8712127Z2). The location of the corporate headquarters and the service address for Grupo Posadas S.A.B. de C.V. is: Prolongación Paseo de la Reforma No. 1015 Torre A, Piso 9 Colonia Santa Fe, Alcaldía Cuajimalpa de Morelos, C.P. 05348, Mexico City, Mexico.

|   | Name of Creditor and Complete Mailing Address | Claim Amount | Collateral Description | Estimated Value of Collateral |
|---|---|---|---|---|
| 1. | **Servicio de Administración Tributaria** Bahía de Santa Bárbara No. 23. Col Verónica Anzures, Alcaldía Miguel Hidalgo, C.P. 11300 CDMX, Mexico | $11,212,121.21 | Real estate | $8,800,000 |
| 2. | **Banca Mifel, S.A., Institución de Banca Múltiple, Grupo Financiero Mifel** Presidente Masaryk 214, Piso 2, Colonia Polanco Chapultepec, C.P. 11560 CDMX, Mexico | $4,900,000 | Cash deposits | $4,900,000 |
| 3. | **Aseguradora Aserta, S.A. de C.V., Grupo Financiero Aserta** Bahía de Santa Bárbara No. 23. Col Verónica Anzures, Alcaldía Miguel Hidalgo, C.P. 11300 CDMX, Mexico | $1,748,000 | Cash deposit | $1,748,000 |
| 4. | **Restel, S.A.** Calle Xaudaro 24, C.P. 28034 Madrid, Spain | $50,000 | Cash deposit | $60,000 |
| 5. | **Chubb Fianzas Monterrey Aseguradora de Caución, S.A.** Av. Paseo de la Reforma No. 250 Torre Niza, Piso 7, Colonia Juárez, Cuauhtémoc, C.P. 06600 CDMX, Mexico | $43,000 | Cash deposit | $43,000 |

2

**Fill in this information to identify the case and this filing:**

Debtor Name: Operadora del Golfo de México, S.A. de C.V.
United States Bankruptcy Court for the: Southern District of New York
Case number (If known): _____

---

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration   Corporate Ownership Statement; Top 5 Secured Creditors List

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10 / 26 / 2021

X _____ [signature] _____
Signature of individual signing on behalf of debtor

Arturo Martínez del Campo Saucedo
Printed name

Vice-President Management and Finance
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:
Debtor name: Grupo Posadas S.A.B. de C.V.
United States Bankruptcy Court for the Southern District of New York
Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

**Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders**
12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors (whether secured by assets of the Debtors or otherwise), unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | 7.875% Senior Notes due 2022<br>Danny Lee, Vice President<br>Citibank, N.A. \| Agency & Trust<br>388 Greenwich Street, New York, NY 10013 | Danny Lee, Vice President<br>Citibank, N.A. \| Agency & Trust<br>388 Greenwich Street, New York, NY 10013<br>(P) 212.816.4936 \| (F) 347.632.8640<br>danny1.lee@citi.com | Unsecured Debt | | | | $392,605,000.00 |
| 2 | Servicio de Administración Tributaria (Internal Revenue Services)<br>Bahía de Santa Bárbara No. 23. Col Verónica Anzures<br>Alcaldía Miguel Hidalgo, C.P. 11300<br>CDMX | | Unsecured Debt (Tax Credits) March 2022 installment | | | | $17,715,671.64 |
| 3 | Servicio de Administración Tributaria (Internal Revenue Services)<br>Bahía de Santa Bárbara No. 23. Col Verónica Anzures<br>Alcaldía Miguel Hidalgo, C.P. 11301<br>CDMX | | Unsecured Debt (Tax Credits) March 2023 installment | | | | $17,715,671.64 |
| 4 | SIGMA FOODSERVICE COMERCIAL S DE RL DE CV<br>Acueducto 610 Industrial El Lechugal<br>Santa Catarina Santa Catarina<br>Nuevo Leon, Cp 66378<br>Mexico | | Unsecured | | | | $1,185,532.24 |
| 5 | PROMOTORA TORCAZ SA DE CV<br>Monte Elbruz 124-201 Polanco<br>Miguel Hidalgo Mexico<br>Distrito Federal, Cp 11560<br>Mexico | | Unsecured | | | | $1,023,012.74 |
| 6 | ACCENTURE SC<br>Blvd Manuel A Camacho 138 Piso 7 Lomas De Chapultepec<br>Miguel Hidalgo Mexico<br>Distrito Federal, Cp 11000<br>Mexico | | Unsecured | | | | $678,661.88 |
| 7 | TRAVELCLICK INC<br>300 N Martingale Suite 500<br>Schaumburg IL 60173<br>US | | Unsecured | | | | $598,479.77 |
| 8 | BOOKING COM BV<br>Bp Amsterdam 1000 Amsterdam<br>Amsterdam, NY CP 1639<br>Amsterdam | | Unsecured | | | | $507,010.80 |
| 9 | ORACLE DE MEXICO SA DE CV<br>Montes Urales 470 P B Lomas De Chapultepec<br>Miguel Hidalgo Mexico<br>Distrito Federal, Cp 11000<br>Mexico | | Unsecured | | | | $381,661.50 |
| 10 | TELEFONOS DE MEXICO SAB DE CV<br>Parque Via 198 Sta Maria La Ribera<br>Cuauhtemoc Mexico<br>Distrito Federal, Cp 6500<br>Mexico | | Unsecured | | | | $371,149.10 |
| 11 | GRUPO POSADAS SAB DE CV-FACCG<br>Blvd Kokulkan Km 16.5 Lote 44 Zona Hotelera Sur<br>Cancun<br>Quintana Roo, Cp<br>Mexico | | Unsecured | | | | $367,539.79 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 12 | ACCENTURE SC  Blvd Manuel A Camacho 138 Piso 7 Lomas De Chapultepec, Miguel Hidalgo Mexico, Distrito Federal, Cp 11000 | | Unsecured | | | | $246,870.13 |
| 13 | NEKOTEC TECNOLOGIA SA DE CV  Av De La Palma 8 6 Piso San Fernando La Herradura  Miguel Hidalgo Mexico  Distrito Federal, Cp 52787  Mexico | | Unsecured | | | | $244,375.74 |
| 14 | GALAZ YAMAZAKI RUIZ URQUIZA SC  Paseo De La Reforma 489 Piso 6 Cuauhtemoc  Cuauhtemoc Mexico  Distrito Federal, Cp 6500  Mexico | | Unsecured | | | | $235,488.63 |
| 15 | TCA SOFTWARE SOLUTIONS SA DE CV  Canada 415 Vista Hermosa  Monterrey Monterrey  Nuevo Leon, Cp 64620  Mexico | | Unsecured | | | | $233,580.01 |
| 16 | FIVEPALS INC  866 6th Avenue, 9th Floor  New York NY 10001  US | | Unsecured | | | | $231,813.22 |
| 17 | SABRE GLBL INC  Sabre Drive 3150 Md 8510  Southlake TX 76092  US | | Unsecured | | | | $217,490.96 |
| 18 | EL MAHARAJA DE LA RIVIERA SA DE CV  Av Juarez Lote 9 Y 10 Ejido  Solidaridad Playa Del Carmen  Quintana Roo, Cp 77712  Mexico | | Unsecured | | | | $214,715.61 |
| 19 | AXA SEGUROS SA DE CV  Periferico Sur 3325 Piso 11 San Jeronimo Aculco  La Magdalena Contreras Mexico  Distrito Federal, Cp 10400  Mexico | | Unsecured | | | | $162,958.63 |
| 20 | HERNANDEZ SOLIS ADRIANA  Jaca 6 Int 502 Santa Cruz Atoyac  Benito Juarez Mexico  Distrito Federal, Cp 3310  Mexico | | Unsecured | | | | $161,468.64 |
| 21 | GRUPO POSADAS SAB DE CV-AQCUG  Blvd Kukulkan Km 13 Lote 258 B  Zona Hotelera Cancun  Quintana Roo, Cp 77500  Mexico | | Unsecured | | | | $157,972.94 |
| 22 | PLAYA MARINA FIESTA AMERICANA PUNTA VARADERO-CFAVA  Punta Hicacos Final S/N Matanzas  Varadero  Matanzas, Cp 42200  Mexico | | Unsecured | | | | $156,947.24 |
| 23 | FRUTAS Y VERDURAS ZIRACUA SA DE CV  Boulevard Flor De Pitahaya Mzn 21 Lt 8 Sn Brisas Del Pacifico  Los Cabos  Baja California Sur, Cp 23473  Mexico | | Unsecured | | | | $142,219.35 |
| 24 | GRUPO POSADAS SAB DE CV-FACAG  Av Costera Miguel Aleman 97 Club Deportivo  Acapulco  Guerrero, Cp 39690  Mexico | | Unsecured | | | | $141,597.98 |
| 25 | GRUPO POSADAS SAB DE CV-FALCG  Carr Transpeninsular Km 10.3 Cabo Del Sol, Cabo San Lucas,  Baja California Sur, Cp 23410 | | Unsecured | | | | $138,091.21 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, disputed | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 26 | JIANLU SA DE CV<br>Av Eje 6 Nave 1 Local A23 Ejidos Del Moral, Iztapalapa<br>Mexico, Distrito Federal, Cp 9040 | | Unsecured | | | | $136,496.83 |
| 27 | PLM PREMIER SAPI DE CV<br>Av. Paseo De La Reforma 445 Piso 9 Cuauhtemoc<br>Cuauhtemoc Mexico<br>Distrito Federal, Cp 6500<br>Mexico | | Unsecured | | | | $134,998.02 |
| 28 | DATAVISION DIGITAL SA DE CV<br>Avenida Patriotismo 48 Piso 6 Escandon<br>Miguel Hidalgo Ciudad De Mexico<br>Distrito Federal, Cp 11800<br>Mexico | | Unsecured | | | | $113,193.91 |
| 29 | ECODELI COMERCIAL SA DE CV<br>Av Restauradores Ote 1001 Int 2 Fracc Los Arcos<br>Leon Leon<br>Guanajuato, Cp 37490<br>Mexico | | Unsecured | | | | $111,562.11 |
| 30 | IBS SOFTWARE AMERICAS INC<br>Circle 75 Parkway 900, Suite 550<br>Atlanta GA 30339<br>US | | Unsecured | | | | $110,691.31 |

## OPERADORA DEL GOLFO DE MÉXICO. S.A. DE C.V.

**RESOLUCIONES UNÁNIMES ADOPTADAS FUERA DE SESIÓN POR LOS CONSEJEROS DE OPERADORA DEL GOLFO DE MÉXICO, S.A. DE C.V. (LA "SOCIEDAD") EN TÉRMINOS DEL ARTICULO 143 DE LA LEY GENERAL DE SOCIEDADES MERCANTILES.**

*UNANIMOUS RESOLUTIONS ADOPTED BY THE BOARD OF DIRECTORS OF OPERADORA DEL GOLFO DE MÉXICO, S.A. DE C.V. (THE "COMPANY") IN TERMS OF ARTICLE 143 OF THE GENERAL CORPORATIONS LAW.*

Con fundamento en el artículo 143 de la Ley General de Sociedades Mercantiles, con fecha 25 de octubre de 2021, los señores José Carlos Azcárraga Andrade, Jorge Carvallo Couttolenc, Javier Barrera Segura, Arturo Martínez del Campo Saucedo, Gerardo Alonso Rioseco Orihuela, Enrique Calderón Fernández, Fernando López Vázquez y Roberto Álvarez López, miembros del Consejo de Administración de Operadora del Golfo de México, S.A. de C.V. adoptan por unanimidad las siguientes resoluciones

*Pursuant to Article 143 of the General Corporations Law, on October 25, 2021, José Carlos Azcárraga Andrade, Jorge Carvallo Couttolenc, Javier Barrera Segura, Arturo Martínez del Campo Saucedo, Gerardo Alonso Rioseco Orihuela, Enrique Calderón Fernández, Fernando López Vázquez and Roberto Álvarez López, members of the Board of Directors of Operadora del Golfo de México, S.A. de C.V., unanimously adopted the following resolutions:*

| Spanish | English |
|---|---|
| **Primero:** Se resuelve que, a juicio del Consejo de Administración, es actualmente deseable y en el mejor interés de la Sociedad, sus acreedores y otras partes interesadas que la Sociedad presente una solicitud voluntaria de reorganización bajo el Capítulo 11 de Ley de Quiebras (*Bankruptcy Code*) de los Estados Unidos de América. | *First:* It is resolved, that in the judgment of the Board, it is currently desirable and in the best interests of the Company, its creditors, and other parties in interest that the Company file a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code |
| **Segundo**: Se resuelve y ratifica que Pablo Azcárraga Andrade, José Carlos Azcárraga Andrade, Francisco Javier Barrera Segura, Arturo Martínez Del Campo Saucedo, Patricio Servitje Azcárraga, Fernando López Vázquez, Gerardo María Leschevin De Prevoisin Romero De Terreros, Roberto Álvarez López, Olga Patricia Gutiérrez Nevárez, José Antonio | *Second*: It is resolved, that each of Pablo Azcárraga Andrade, José Carlos Azcárraga Andrade, Francisco Javier Barrera Segura, Arturo Martínez Del Campo Saucedo, Patricio Servitje Azcárraga, Fernando López Vázquez, Gerardo María Leschevin De Prevoisin Romero De Terreros, Roberto Álvarez López, Olga Patricia Gutiérrez Nevárez, José Antonio |



1

| | |
|---|---|
| Monte Arriola, Manuel Ariel Garzón Guapo y Víctor Ángel Bohon Devars, en su carácter de apoderados de la Sociedad (cada uno como "Persona Autorizada" y conjuntamente como "Personas Autorizadas") actuando individual o con otra Persona Autorizada, sean autorizadas y representen a la Sociedad con las más amplias facultades posibles para ejecutar, suscribir y presentar en representación de la Sociedad todo tipo de peticiones, anexos, listas y cualquier otra promoción o solicitud, papeles o documentos, y que tomen cualquier o todas las acciones que consideren necesarias o apropiadas para iniciar y obtener las resoluciones y protecciones correspondientes, incluyendo sin limitación, cualquier acción necesaria para mantener el curso ordinario de los negocios de la Sociedad. | *Monte Arriola, Manuel Ariel Garzón Guapo y Víctor Ángel Bohon Devars, in their capacity as attorneys in fact of the Company, (each an "Authorized Person" and, collectively, the "Authorized Persons") acting alone or with one or more other Authorized Persons be, and they hereby are, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business.* |
| **Tercero:** Se resuelve que las Personas Autorizadas estarán facultadas para determinar el momento de la implementación de la solicitud voluntaria a nombre de la Sociedad, para el inicio del procedimiento bajo el Capítulo 11 de la Ley de Quiebras (Bankruptcy Code) de los Estados Unidos de América y hacer la presentación que corresponda ante el Tribunal de Quiebras de los Estados Unidos de América para el Distrito Sur de Nueva York. | ***Third****: It is resolved that the Authorized Persons shall be authorized to determine the time when to execute and verify a voluntary petition on behalf the Company to commence a proceeding under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York.* |
| **Cuarto:** Se resuelve que cada una de las Personas Autorizadas o funcionarios de la | ***Forth****: It is resolved that each Authorized Person or officer of the Company, and any of* |

2





Sociedad están autorizadas y se les instruye a contratar y mantener en nombre de la Sociedad, los servicios de (i) Cleary Gottlieb Steen & Hamilton LLP, (ii) Ritch, Mueller y Nicolau, S.C., (iii) DD3 Capital Partners, S.A. de C.V., (iv) Creel, Garcia-Cuellar, Aiza y Enriquez S.C.; (v) Prime Clerk LLC y (vi) cualquier otro profesional que asista a la Sociedad en el desempeño de sus respectivas funciones en virtud de la Ley de Quiebras (*Bankruptcy Code*) y asuntos concernientes, y en relación con ello, se autoriza e instruye a todas y cada una de dichas personas a llevar a cabo la contratación y pago de los anticipos correspondientes, antes o inmediatamente después de la presentación de la solicitud bajo el Capítulo 11 de la Ley de Quiebras (*Bankruptcy Code*), y a hacer que se presente la respectiva solicitud de autorización para contratar y mantener los servicios de cualquier otro profesional según sea necesario.

*them, be, and hereby is, authorized and directed to retain on behalf of the Company i) Cleary Gottlieb Steen & Hamilton LLP, (ii) Ritch, Mueller y Nicolau, S.C., (iii) DD3 Capital Partners, S.A. de C.V., (iv) Creel, Garcia-Cuellar, Aiza y Enriquez S.C.; (v) Prime Clerk LLC and (vi) any other professionals to assist the Company in carrying out their respective duties under the Bankruptcy Code and related matters, and in connection therewith, such persons be, and any of them hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the case under Chapter 11 of the Bankruptcy Code, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.*

**Quinto:** Se resuelve que cada Persona Autorizada, o cualquier directivo o empleado de la Sociedad, están facultados, en nombre de la Sociedad, para tomar dichas acciones y a realizar, firmar, otorgar, reconocer y entregar (e inscribir en los registros pertinentes, si fuere necesario) todos y cada uno de los acuerdos (incluyendo sus anexos), enmiendas, declaraciones juradas, órdenes, instrucciones, certificados, solicitudes, recibos, estados financieros u otros instrumentos que puedan ser razonablemente

***Fifth:*** *It is resolved that each Authorized Person or officer of the Company and any of them be, and hereby is, authorized and directed, on behalf of any or all of the Company, to take such actions and to make, sign, execute, acknowledge, and deliver (and record in a relevant office of the county clerk, if necessary) any and all agreements (including exhibits thereto), amendments, affidavits, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may be reasonably*



3

| | |
|---|---|
| requeridos para dar efecto a las resoluciones anteriores y para otorgar y entregar dichos instrumentos, y para cumplir plenamente los términos y disposiciones de los mismos. | *required to give effect to the foregoing resolutions and to execute and deliver such instruments, and to fully perform the terms and provisions thereof.* |

25 de octubre de 2021<br>
*October 25, 2021*

_____   _____
José Carlos Azcárraga Andrade    Jorge Carvallo Couttolenc

_____   _____
Javier Barrera Segura    Arturo Martínez del Campo Saucedo

_____   _____
Gerardo Alonso Rioseco Orihuela    Enrique Calderón Fernández

_____   _____
Fernando López Vázquez    Roberto Álvarez López

4

| | |
|---|---|
| requeridos para dar efecto a las resoluciones anteriores y para otorgar y entregar dichos instrumentos, y para cumplir plenamente los términos y disposiciones de los mismos. | *required to give effect to the foregoing resolutions and to execute and deliver such instruments, and to fully perform the terms and provisions thereof.* |

25 de pctubre de 2021
October 25, 2021

_____       _____
José Carlos Azcárraga Andrade     Jorge Carvallo Couttolenc


_____       _____
Javier Barrera Segura     Arturo Martínez del Campo Saucedo


_____       _____
Gerardo Alonso Rioseco Orihuela     Enrique Calderón Fernández


_____       _____
Fernando López Vázquez     Roberto Álvarez López

| | |
|---|---|
| requeridos para dar efecto a las resoluciones anteriores y para otorgar y entregar dichos instrumentos, y para cumplir plenamente los términos y disposiciones de los mismos. | *required to give effect to the foregoing resolutions and to execute and deliver such instruments, and to fully perform the terms and provisions thereof.* |

25 de pctubre de 2021
*October 25, 2021*

_____         _____
José Carlos Azcárraga Andrade                    Jorge Carvallo Couttolenc


_____         _____
Javier Barrera Segura                              Arturo Martínez del Campo Saucedo


_____         _____
Gerardo Alonso Rioseco Orihuela                  Enrique Calderón Fernández


_____         _____
Fernando López Vázquez                           Roberto Álvarez López

4